Christopher SESTITO, Plaintiff—
Appellee,

v.

J.M. HEIRWATER, c/o Stafford
County Sheriff's Department,
Defendant—Appellant,

and

Aquia Harbour, Incorporated, a Virginia
Corporation; Aquia Harbour Property
Owners Association, Inc.; S.C. Debru-
lar, c/o Aquia Harbour Police Depart-
ment, Defendants.

No. 09–1819.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2010.

Decided: May 13, 2010.

Alexander Francuzenko, Zachary A.
Kitts, Cook, Kitts & Francuzenko, PLLC,
Fairfax, Virginia, for Appellant. Herbert
S. Rosenblum, Herbert S. Rosenblum, A
Professional Corporation, Alexandria, Vir-
ginia, for Appellee.

Before TRAXLER, Chief Judge, and
DUNCAN and AGEE, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Deputy Sheriff J.M. Heirwater appeals
the district court's order denying him qual-
ified immunity and denying his motion for
summary judgment in the civil action filed
against him. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Sestito v. Heirwater*, No.
1:09–cv–00065–TSE–IDD (E.D. Va. filed
July 10, 2009 & entered July 15, 2009).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*